UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

DEBORAH A. HARRIS,

                              Plaintiff,

    -against-

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                              Defendant.
-------------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y
★          JAN 2 1 2009          ★

P.M. _____
TIME A.M. _____

          A Memorandum and Order of Honorable John Gleeson, United States District

Judge, having been filed on January 20, 2009, granting plaintiff's cross-motion for judgment

on the pleadings; denying defendant's motion for judgment on the pleadings; and remanding

the matter to the Commissioner for further appropriate proceedings; it is

          ORDERED and ADJUDGED that plaintiff's cross-motion for judgment on the

pleadings is granted; that defendant's motion for judgment on the pleadings is denied; and

that the matter is remanded to the Commissioner for further appropriate proceedings.

Dated:  Brooklyn, New York
        January 21, 2009

                                        _____
                                        ROBERT C. HEINEMANN
                                        Clerk of Court

                                        By: s/Terry Vaughn
                                        Chief Deputy.